[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-15115
Non-Argument Calendar
_____

D.C. Docket No. 6:18-cr-00266-PGB-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO PEREZ-SALINAS,
a.k.a. Paulino Perez-Salinas,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 18, 2019)

Before ED CARNES, Chief Judge, WILSON, and HULL, Circuit Judges.

PER CURIAM:

Sergio Perez-Salinas appeals the district court's order of detention pending trial.  After he filed this appeal, however, he pleaded guilty to the only charge in the indictment and was adjudicated guilty of it by the district court.  He is now being held pending sentencing.

Because release pending sentencing is governed by a different statute than pretrial release, compare 18 U.S.C. § 3142, with id. § 3143(a), the Court ordered the parties to file letter briefs discussing whether this appeal should be dismissed as moot.  Perez-Salinas and the government each filed a letter brief agreeing that this appeal has been rendered moot.  We agree with them.  This appeal is **DISMISSED AS MOOT.**